**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Paul Moss Insurance Agency, LLC
   d/b/a Equip Insurance Agency
   c/o Registered Agent Solutions, Inc.
   4568 Mayfield Rd., Suite 204
   Cleveland, Ohio 44121

   9590 9402 2781 6351 7512 57

2. Article Number (Transfer from service label)

   7016 1970 0001 0508 4124

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]  ☐ Agent ☐ Addressee

B. Received by (Printed Name): Mike A. Russo
C. Date of Delivery: 12-15-22

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

22CV2226

Domestic Return Receipt

---

**USPS TRACKING #**



9590 9402 2781 6351 7512 57

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

- Sender: Please print your name, address, and ZIP+4® in this box

   U.S.D.C. Northern District of Ohio
   Carl B. Stokes Courthouse
   801 West Superior Avenue
   Cleveland, Ohio 44113-1830

1:22-2226