IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JACKSON PAVELKA AND KAYLEE PAVELKA, | ) ) ) | Case No. 1:22-cv-2226 JUDGE DONALD C. NUGENT |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| PAUL MOSS INSURANCE AGENCY, LLC, DBA EPIQ INSURANCE AGENCY, an Ohio limited liability company, | ) ) ) ) ) | **MOTION FOR ADMISSION *PRO HAC VICE* OF MATTHEW N. FOREE** |
| Defendant. | ) ) | |

GRANTED: __ IT IS SO ORDERED
DENIED: X
[signature] Ronald C. Nugent 1/30/23
U.S. DISTRICT JUDGE

Defendant Paul Moss Insurance Agency, LLC dba Epiq Insurance Agency ("Defendant") hereby moves this Court, pursuant to Local Rule 83.5(h), for an Order granting the *pro hac vice* admission of Matthew N. Foree, so he may appear and participate in this case. The reasons supporting this Motion are more fully set forth in the Declaration of Matthew N. Foree (attached as Exhibit A).

As established by the attached Declaration and pursuant to Rule 83.5(h), Mr. Foree (Georgia Bar No. 268702) is a member in good standing of the following:

Pursuant to L. Civ. R. 83.5(h), Matthew N. Foree, declares as follows:

| **Name of Court** | **Date of Admission** |
|---|---|
| State Bar of Georgia | 12/6/2002 |
| Georgia Supreme Court | 4/29/2003 |
| U.S. Dist. Court for the Northern Dist. of GA | 4/29/2003 |
| US Dist. Court for the Middle Dist. of GA | 7/28/2003 |

Mr. Foree agrees to be bound by the Local Rules of this District and Orders of this Court.