UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
CASE MANAGEMENT CONFERENCE
MINUTE SHEET

DCM FORM NO. 7
1/1/92

CASE MANAGEMENT CONFERENCE HELD BEFORE **JUDGE DONALD C. NUGENT** ON **FEBRUARY 27, 2023**
JUDICIAL OFFICER

Pavelka, et al,
          Plaintiff(s),
v.

Paul Moss Insurance Agency, LLC d/b/a Epiq Insurance Agency,
          Defendant(s).

CASE NO. 1:22 CV 2226

Length of Conference:

JUDGE: DONALD C. NUGENT

DO YOU CONSENT TO THE JURISDICTION OF A MAGISTRATE JUDGE? YES ☐ NO ☒

TRACK DESIGNATION:
Administrative ☐   Expedited ☐   Standard ☒   Complex ☐   Mass Torts ☐

CASE REFERRED TO ALTERNATIVE DISPUTE RESOLUTION: YES ☐ NO ☒
IF YES, BY WHICH ADR PROCESSES:

Early Neutral Evaluation ☐   Mediation ☐   Arbitration ☐   Summary Jury Trial ☐   Summary Bench Trial ☐

ADR PROCESS TO BE COMPLETED BY: _____

DISCOVERY TYPE AND EXTENT: May be extensive depending upon whether (P) is correct Plaintiff

DISCOVERY CUT OFF DATE: TBD

MOTIONS CUT OFF DATE: TBD

CASE STATUS HEARING SCHEDULED FOR: 5/15/23 @ 11:30 am

NOTES: CMC held w/ all counsel participating by phone — TCPA claim. Planning Report filed. Def says no pre-recorded files + all calls made by individual — multiple parties rec'd leads on auto insurance quote. Def. does not believe (P) is proper (P) — this can be accomplished quickly — Def to file motion by 3/31/23; response due 5/1/23 — response reply, if any, due 5/12/23 —

Length of Proceeding: 15 min

_Donald C. Nugent_ 2/27/23
DISTRICT JUDGE