IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JASON PAVELKA, et al., | ) | CASE NO. 1:22-cv-2226 |
| | ) | |
| Plaintiffs, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| vs. | ) | |
| | ) | |
| PAUL MOSS INSURANCE AGENCY, | ) | **DEFENDANT'S UNOPPOSED MOTION** |
| LLC, dba EPIQ INSURANCE AGENCY | ) | **TO SUBMIT CONFIDENTIAL** |
| | ) | **MATERIAL, SUBJECT TO** |
| Defendant. | ) | **PROTECTIVE ORDER, UNDER SEAL** |

DENIED: _____
IT IS SO ORDERED.
GRANTED: X __[signature]__ 3/31/23
U.S. DISTRICT JUDGE

Defendant Paul Moss Insurance Agency, LLC dba Epiq Insurance Agency, by and through undersigned counsel, respectfully moves the Court for an Order pursuant to Local Rule 5.2, to file Confidential Material which is subject to Protective Order [Doc #17] under seal. This evidence will be submitted to the Court via flash drive which will be placed in a sealed envelope marked "CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER." The sealed envelope shall display the case name and number, designation as to what the document is, the name of the party on whose behalf it is submitted, and the name of the attorney filing the sealed document. A copy of the Stipulated Protective Order [Doc #17] shall be included in the sealed envelope

The Confidential Material will be referred to in Defendant's upcoming motion concerning whether Plaintiffs are proper plaintiffs. It consists of two recorded conversations that contain personal information about Plaintiff Kaylee Pavelka. Furthermore, counsel for Plaintiffs has no objection to this request.