IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JASON PAVELKA, et al., | ) | CASE NO. 1:22-cv-2226 |
| | ) | |
| Plaintiffs, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| vs. | ) | |
| | ) | |
| PAUL MOSS INSURANCE AGENCY, | ) | |
| LLC, dba EPIQ INSURANCE AGENCY | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF PAUL MOSS

Paul Moss, under 28 U.S.C. § 1746, declares as follows.

1. I was the Chief Executive Officer of the Moss Corporation from 2008 to 2022.

2. In this role, I was aware of the documents maintained by Paul Moss Insurance Agency, LLC, dba Epic Insurance Agency ("Paul Moss Agency").

3. The document attached as Exhibit A to this Declaration is a true and accurate copy of a text maintained by Paul Moss Agency.

4. The separately filed recording marked as Exhibit B to this Declaration is a true and accurate copy of a recording maintained by Paul Moss Agency.

5. Following the September 29, 2022 text attached as Exhibit A to this Declaration Paul Moss Agency did not send any additional text to Plaintiff Kaylee Pavelka.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____
Paul Moss

**EXHIBIT 2**



**EXHIBIT A**

# EXHIBIT B

**EXHIBIT B HAS BEEN**

**FILED MANUALLY UNDER SEAL**

**(AUDIO FILE ON FLASH DRIVE)**