## MINUTES OF PROCEEDINGS NORTHERN DISTRICT OF OH

| Pavelka, et al., | Date: July 17, 2023 |
| Plaintiff(s), | Judge Donald C. Nugent |
| v. | Court Reporter: None |
| Paul Moss Insurance Agency, LLC d/b/a Epiq Insurance Agency, | Case No. 1:22 CV 2226 |
| Defendant(s). | |

Telephonic status held – w/ all counsel participating – document exchanges have occurred + future depositions.

Status set 8/31/23 @ 11:20 AM

Length of Proceeding: 15 min

/s/ Donald C. Nugent 7/17/23
United States District Judge