## MINUTES OF PROCEEDINGS NORTHERN DISTRICT OF OH

| | |
|---|---|
| Pavelka, et al., <br><br> Plaintiff(s), <br> v. <br><br> Paul Moss Insurance Agency, LLC d/b/a Epiq insurance Ageny, <br><br> Defendant(s). | Date: August 31, 2023 <br><br> Judge Donald C. Nugent <br><br> Court Reporter: None <br><br> Case No. 1:22 CV 2226 |

Telephonic status held w/ all counsel participating - Parties are working toward resolution.

Status re-set 10/26/23 @ 11:00 AM by Agreement

Length of Proceeding: 10 min

/s/ Donald C. Nugent 8/31/23
United States District Judge