UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Jackson Pavelka and Kaylee Pavelka, individually and on behalf of all others similarly situated, | ) ) ) ) | Case No. 1:22 CV 2226 |
| | ) ) | JUDGE DONALD C. NUGENT |
| Plaintiffs, | ) ) | |
| vs. | ) ) | ORDER OF DISMISSAL |
| Paul Moss Insurance Agency, LLC, d/b/a Epiq Insurance Agency, an Ohio limited liability company, | ) ) ) ) | |
| Defendant. | ) | |

Plaintiffs have filed a Notice of Settlement (ECF #30) stating that the parties have reached a settlement. Accordingly, this action is DISMISSED WITH PREJUDICE. Parties may file any additional documentation evidencing the settlement within 60 days of the entry of this Order.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATE: October 26, 2023